# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| JOHN RALEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 5:21-cv-65-TES |
| v. | : | |
| | : | |
| BLUE BIRD GLOBAL | : | |
| CORPORATION and BLUE BIRD | : | |
| BODY COMPANY, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, John Raley, and Defendants, Blue Bird Global Corporation and Blue Bird Body Company (the "Parties"), hereby file their Stipulation of Dismissal with Prejudice in the above-entitled action.  The Parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

*(Signatures on Next Page)*

Respectfully submitted this 21st day of March 2022.

| | |
|---|---|
| */s/ Larry A. Pankey* | */s/ Matthew W. Clarke* |
| Larry A. Pankey | Matthew W. Clarke |
| Georgia Bar No. 560752 | Georgia Bar No. 127430 |
| **Pankey & Horlock, LLC** | Sasha N. Greenberg |
| 1441 Dunwoody Village Parkway | Georgia Bar No. 497615 |
| Suite 200 | **Smith, Gambrell and Russell, LLP** |
| Atlanta, Georgia 30338-4122 | Promenade - Suite 3100 |
| Telephone:  770-670-6250 | 1230 Peachtree Street, NE |
| Facsimile:   770-670-6249 | Atlanta, Georgia 30309 |
| LPankey@PankeyHorlock.com | Telephone:  404-815-3767 |
| | MClarke@SGRLaw.com |
| *Attorneys for Plaintiff* | SGreenberg@SGRLaw.com |
| | |
| | *Attorneys for Defendants* |

- 2 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| JOHN RALEY, : | |
| : | |
| Plaintiff, : | Civil Action File No. |
| : | 5:21-cv-65-TES |
| v. : | |
| : | |
| BLUE BIRD GLOBAL : | |
| CORPORATION and BLUE BIRD : | |
| BODY COMPANY, : | |
| : | |
| Defendants. : | |
| _____: | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Clarke
Sasha N. Greenberg
**Smith, Gambrell and Russell, LLP**
MClarke@SGRLaw.com
SGreenberg@SGRLaw.com
*Attorneys for Defendants*

- 3 -

- 4 -

Dated this 21st day of March 2022.

          **PANKEY & HORLOCK, LLC**


By: */s/ Larry A. Pankey*
     Larry A. Pankey
     Georgia Bar No. 560725
     ***Attorneys for Plaintiff***

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone: 770-670-6250
Facsimile: 770-670-6249
LPankey@PankeyHorlock.com